# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

### Holding a Criminal Term

### Grand Jury Sworn in on November 15, 2007

UNITED STATES OF AMERICA,

v.







KOLLAR-KOTELLY, J. CKK

:
:
:
:
:
:
: CRIMINAL NO. 03-331
:
: UNDER SEAL
:
: GRAND JURY ORIGINAL
:
. VIOLATIONS.
:
: 21 U.S.C §§ 952, 959, 960, and 963
: (Conspiracy to Import Five Kilograms or
• More of Cocaine into the United States,
: and to Manufacture and Distribute Five
: Kilograms or More of Cocaine, Intending
: and Knowing that the Cocaine Will Be
: Unlawfully Imported into the United
: States)
:
: 18 U S C § 2
: (Aiding and Abetting)
:
: 21 U S C §§ 853 and 970
: (Forfeiture)
:
:
FILED IN OPEN COURT

APR - 2 2009

CLERK, U S DISTRICT COURT
DISTRICT OF COLUMBIA

1   Case Related To 03CR331 (CKK)

SUPERSEDING



Waldemar LORENZANA-Lima,
a/k/a "Valdemar LORENZANA-Lima,"

Waldemar LORENZANA-Cordon, a/k/a
"Valdemar LORENZANA-Cordon,"

Defendants.

## THIRD SUPERSEDING INDICTMENT

## THE GRAND JURY CHARGES THAT·

## COUNT ONE

## CONSPIRACY

From in or about March 1996, the exact date being unknown to the Grand Jury, and continuing thereafter up to and including the date of the filing of this Indictment, in the Republic of Colombia, El Salvador, Guatemala, Mexico, and elsewhere, the defendants, ███████ ████████████████████████████████████████████████████████ ████████████████████████████████████████████████████ ██████████████████████████████████████████████████████ ████████████████████████████████████████████████████████ ██████████████████████████████████████████ ████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████ ████████████████████████████████████████████, Waldemar LORENZANA-Lima, a/k/a "Valdemar LORENZANA-Lima," ███████████████████████ ██████████████████████████████████████ ██████████████ Waldemar LORENZANA-Cordon, a/k/a "Valdemar LORENZANA-Cordon," █████████████████████████████████████████████ █████████████████████████████████████████████████████████ █████████████████████████████████████████████████████████ ████████████████████████████████████████████ █████████████████████████████████████████████ ████████████████████████ did unlawfully, knowingly, and intentionally combine,

3

conspire, confederate and agree with each other, and with other co-conspirators, both known and unknown to the Grand Jury, to commit the following offenses against the United States   (1) to unlawfully, knowingly and intentionally, import into the United States five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, from the Republic of Colombia, El Salvador, Guatemala, and Mexico in violation of Title 21, United States Code, Sections 952 and 960, and (2) to manufacture and distribute five kilograms or more of a mixture and substance containing a detectible amount of cocaine, a Schedule II controlled substance, intending and knowing that such substance would be unlawfully imported into the United States, in violation of Title 21, United States Code, Sections 959 and 960

All in violation of Title 21, United States Code, Sections 952, 959, 963, and 960(b)(1)(B)(ii) and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATION

The violations alleged in Count One are realleged and incorporated by reference herein

As a result of the offenses alleged in Count One of this Indictment, the defendants, ████████

████████████████████████████████████████████████████

████████████ █ █ ███████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

███████████████████████████████, Waldemar

LORENZANA-Lima, a/k/a "Valdemar LORENZANA-Lima," ████████████

███████████████████████ ███ ███████████████

███████████████, Waldemar LORENZANA-Cordon, a/k/a "Valdemar

LORENZANA-Cordon," ████████████████████████████████

████████████ ███ ████ ████ ██████████████████

██████████████████████████████████████

████████ █████████████████████████

████████████████████████████

█████████████████████ shall forfeit to the United States, pursuant to Title 21, United

States Code, Section 853, any and all respective right, title or interest which the defendants may

have in (1) any and all money and/or property constituting, or derived from, any proceeds which

such defendants obtained, directly or indirectly, as the result of the violations alleged in Count

One  of this Indictment, and (2) any and all property used, in any manner or part, to commit, or to

facilitate the commission of, the violations alleged in Count One of this Indictment.

      If any of said forfeitable property, as a result of any act or omission of the defendants

          (a) cannot be located upon the exercise of due diligence,

          (b) has been transferred or sold to, or deposited with, a third party,

          (c) has been placed beyond the jurisdiction of the Court;

          (d) has been substantially diminished in value, or

          (e) has been commingled with other property which cannot be subdivided without

difficulty,

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to

seek forfeiture of any other property of the defendants up to the value of the above forfeitable

property

Criminal Forfeiture, in violation of Title 21, United States Code, Section 853

A TRUE BILL

_____

FOREPERSON

PAUL M O'BRIEN, Chief
Narcotic and Dangerous Drug Section
Criminal Division,
U S Department of Justice
Washington, D C 20530

By

Wayne C Raabe, Principal Deputy Chief
Narcotic and Dangerous Drug Section
Criminal Division,
U S Department of Justice
Washington, D.C 20530
(202) 514-5503

United States District Court
For the District of Columbia
A TRUE COPY
NANCY MAYER WHITTINGTON, Clerk

By_____
Deputy Clerk